# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PATRICIA RADCLIFFE,

                        Plaintiff,

v.

TRANSWORLD SYSTEMS, INC.,

                        Defendant.

Case No. 16-CV-1410-JPS

**ORDER**

      Plaintiff initiated this action on October 19, 2016, alleging violations of the Fair Debt Collection Practices Act. (Docket #1). On February 23, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #17). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #17) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

      Dated at Milwaukee, Wisconsin, this 24th day of February, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge